JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JENNIFER A. L.,

    Plaintiff,

       v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

No. 2:25-cv-11078-DTB

[~~PROPOSED~~] JUDGMENT

      Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  April 28, 2026

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge

-1-