**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | | |
|---|---|---|
| JENNIFER A. L.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Act. No: 2:25-cv-11078-DTB<br>Magistrate Judge David T. Bristow |

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $8,000.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: July 27, 2026

[signature]
U.S. Magistrate Judge David T. Bristow